UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHAWN M. DAVIS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    -against-<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, LLC, FORMERLY KNOWN AS SALLIE MAE, INC., and STUDEBT, ALSO KNOWN AS STUDENT DEBT RELIEF GROUP, ALSO KNOWN AS STUDENT LOAN RELIEF COUNSELORS,<br><br>     Defendants. | Case No. 17-cv-992 |

## NOTICE OF MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS BY DEFENDANTS NAVIENT SOLUTIONS, LLC AND NAVIENT CORPORATION

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23, and upon the accompanying Memorandum of Law and the related exhibit, before the Honorable Lawrence J. Vilardo, United States District Judge, at the United States Courthouse, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, defendants Navient Corporation and Navient Solutions, LLC, will make a motion for an order dismissing this case in its entirety or, alternatively, strike the class allegations in the Class Action Complaint brought by Plaintiff Shawn M. Davis.  Pursuant to Local Rule 7(a)(1), defendants state their intent to file a reply memorandum in support of this Motion following Plaintiff's response.

-2-

Dated: November 22, 2017                                 Respectfully submitted,

                                                       VEDDER PRICE (CA), LLC

                                                      By: */s/ Lisa M. Simonetti*
                                                           Lisa M. Simonetti
                                                           lsimonetti@vedderprice.com
                                                          1925 Century Park East, Suite 1900
                                                          Los Angeles, California 90067
                                                          T: +424 204 7700
                                                          F: +424 204 7702

                                                          Attorneys for Defendants
                                                          Navient Solutions, LLC and
                                                          Navient Corporation